# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARIO JARDINES-GONZALES, ) <br> ) <br> Defendant. **)** <br> **)** | 2:13-cr-00002-GMN-CWH-1 <br><br> **ORDER APPOINTING COUNSEL** |

On May 27, 2014, this Court granted Defendant's Oral Motion to Withdraw as Attorney and granted Defendant's request that new counsel be appointed. Accordingly,

**IT IS HEREBY ORDERED** that **DAVID T. BROWN, ESQ.** is appointed as counsel in place of Bret O. Whipple, Esq. for all future proceedings.

Bret O. Whipple, Esq. shall forward the file to David T. Brown, Esq. **FORTHWITH**.

**DATED** this 27th day of May, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court